September 7, 2007

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SOUTHERN SNOW MANUFACTURING CO.                    CIVIL ACTION

VERSUS                                             NO. 06-9170

SNOW WIZARD HOLDINGS, INC., ET AL.                 SECTION "A"(1)
```

### ORDER AND REASONS

Before the Court is a **Motion for Sanctions Under F.R. Civ. P. Rule 11 (Rec. Doc. 48)** filed by plaintiff Southern Snow Manufacturing Co., Inc.  The Snowizard defendants oppose the motion.  The motion, set for hearing on September 5, 2007, is before the Court on the briefs without oral argument.

Via the instant motion Plaintiff moves for sanctions because of Defendants' "unwarranted one-sentence denial of plaintiff's several stated causes of action."  Plaintiff contends that Defendants are denying causes of action for fraud even though several elements of those causes of action are a matter of public record.  To prove its point Plaintiff has provided the Court with a 37 page transcript of proceedings that took place in state court before the case was removed.  Moreover, Plaintiff contends that Defendants' counterclaims are "harassing, unwarranted, and unsupported."

On November 30, 2006, the Court entered an order denying Plaintiff's attempt to strike Snowizard's defenses pursuant to Rule 12(f).  (Rec. Doc. 27).  The Court denied that motion in its entirety after explaining that Plaintiff was attempting to use Rule 12(f) to indirectly obtain a ruling from the Court on the substance of Snowizard's defenses.  (Id.).

The Court has reviewed the instant motion and it bears a striking resemblance to Plaintiff's last attempt to attack Defendants' answer.  As the Court explained last time, "[t]he merits of the parties' claims and defenses cannot be properly adjudicated by merely striking those portions of the answer that Plaintiff disputes."  (Id.).  Defendants are not required to admit to allegations of fraud--Plaintiff's burden will be to prove those allegations.  And the Court is not inclined at this juncture to scour a lengthy state court transcript in search of potential inconsistencies between statements made in state court and the general denials contained in Defendants' answer.

Accordingly;

**IT IS ORDERED** that the **Motion for Sanctions Under F.R. Civ. P. Rule 11 (Rec. Doc. 48)** filed by plaintiff Southern Snow Manufacturing Co., Inc. is **DENIED**.

\* \* \* \* \* \* \*

2