UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**SOUTHERN SNOW**                                      **CIVIL ACTION**
**MANUFACTURING CO., INC.**

**VERSUS**                                                                      **NO:  06-9170-JCZ-SS**

**SNOWIZARD HOLDINGS, INC., et al**

## ORDER

PLAINTIFF'S MOTION TO COMPEL (Rec. doc. 82)

**DENIED**

      Before the undersigned is the motion of the plaintiff, Southern Snow Manufacturing Co., Inc. ("Southern Snow"), to compel discovery from the defendant and plaintiff-in-counterclaim, SnoWizard Holdings, Inc.  The plaintiff contends that the defendant made false claims of trademark infringement for two snowball flavors, Orchid Cream Vanilla and White Chocolate & Chips.  The plaintiff seeks discovery regarding the amount of money expended by defendant in legal and professional fees in obtaining federal and state registration of its trademarks and in enforcing and defending the marks.  The plaintiff contends, without citation to authority, that the information on these costs is relevant to the assessment of defendant's "level of wilfulness in asserting its various claims, and in determining the economic value of the purported rights in assessing damages."  Rec. doc. 82 at p. 3.  The plaintiff also argues that defendant's objection to the discovery was not timely.

      The plaintiff reports that interrogatories were served on November 6, 2007, but the objections were not served until midnight on December 12, 2007.  The defendant demonstrates that on December 6, 2007, a one week extension to December 12, 2007 to respond to the discovery was

requested.  The defendant's objections were timely.

Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party, Fed. R. Civ. P. 26(b)(1).  The plaintiff has not demonstrated how the defendant's costs in obtaining and defending a mark are relevant to a claim of trademark infringement.  The only such costs that are relevant are those which are incurred in this proceeding and the defendant has provided to these to the plaintiff.

IT IS ORDERED that plaintiff's motion to compel (Rec. doc. 82) is DENIED.

New Orleans, Louisiana, this __7th__ day of January, 2008.

                                       **SALLY SHUSHAN**
                                    **United States Magistrate Judge**