UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SOUTHERN SNOW MFG. CO., INC. & SIMEON, INC.**<br><br>v.<br><br>**SNOWIZARD, INC.** | CIVIL ACTION<br><br>Case No. 10-0791<br><br>SEC.<br><br>MAG. |

NOTICE OF COLLATERAL PROCEEDING
UNDER LOCAL RULE LR3.1

Please Take Notice that Case No. 10-0791, filed today, is related to Case No. 06-9170-JCZ-SS and possibly related to Case No. 09-3394-MVL-DEK in this Eastern District of Louisiana. This new 10-0791 civil action and oldest-filed Case No. 06-9170 involve the same defendant, SnoWizard, Inc., and essentially the same plaintiff, because Southern Snow Mfg. Co., Inc. and Simeon, Inc., are related companies. There is an additional, unrelated plaintiff in Case No. 09-3394, Parasol Flavors, Inc., not present in the new Case No. 10-0791. All of the cases involve questions of trademark law and trademark-related unfair competition and trade practices under federal and state law, although each case involves different sets of specific trademarks.

Respectfully submitted:
Attorney for Plaintiffs

*/s/ Mark Andrews*
Mark Edw. Andrews
Louisiana Bar No. 26172
Andrews Arts & Sciences Law, LLC
7104 Coliseum St.
New Orleans, LA 70118
504-865-8191
mea@mealaw.com

**Certificate of Service**
I certify that this document is electronically filed and therefore available to counsel for all parties via the CM/ECF system, this 4 March 2010.

*/s/ Mark Andrews*