UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SOUTHERN SNOW MANUFACTURING CO., INC. | * * * | CIVIL ACTION |
| | * | CASE NO. 06-9170 |
| vs. | * * | SECT. "A" |
| SNOWIZARD HOLDINGS, INC., SNOWIZARD INCORPORATED, SNOWIZARD EXTRACTS, INC., and SNOWIZARD SUPPLIES, INC. | * * * * * | JUDGE ZAINEY<br><br>MAG. DIV. 4<br>MAG. JUDGE SHUSHAN |

### EX PARTE MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come defendants SnoWizard Holdings, Inc., SnoWizard Incorporated, and SnoWizard Extracts, Inc., defendant and third-party plaintiff SnoWizard Supplies, Inc., and third-party plaintiff, plaintiff-in-counterclaim, and real party in interest SnoWizard, Inc., who, on suggesting to the Court that in addition to their currently enrolled counsel of record in this matter, they are represented in this matter by attorney Kenneth L. Tolar, respectfully move the Court to enroll Kenneth L. Tolar as their co-counsel of record in this matter.

RESPECTFULLY SUBMITTED,

/s/ Jack E. Morris

**JACK E. MORRIS** (Bar No. 22539) (T.A.)
ATTORNEY AT LAW
4051 VETERANS BOULEVARD
SUITE 208
METAIRIE, LOUISIANA  70002
TELEPHONE:  (504) 454-2769
FACSIMILE:  (504) 454-3855
E-MAIL:  jem@jemorrislaw.com

- and -

/s/ Kenneth L. Tolar
_____
**KENNETH L. TOLAR (Bar #22641)
2908 HESSMER AVENUE
SUITE 2
METAIRIE, LOUISIANA  70002
TELEPHONE:  (504) 780-9891
FACSIMILE:  (504) 780-7741
EMAIL:  tolar@cavtel.net**

*ATTORNEYS FOR SNOWIZARD, INC.
AND SNOWIZARD SUPPLIES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2010 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.  I further certify that there are no non-participants in the CM/ECF system.

/s/ *Jack E. Morris*
_____
**JACK E. MORRIS**