UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SOUTHERN SNOW MFG. CO., INC.,** **& SIMEON, INC.** | * | CIVIL ACTION |
| | * | CASE NOS. 06-9170, |
| | * | 09-3394, 10-791 |
| v. | | |
| | * | SECT. "A", JUDGE ZAINEY |
| **SNOWIZARD, INC.** | | |
| | * | MAG. DIV. 1, MAG. |
| | * | JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COMBINED MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) AND MOTION TO STRIKE AND FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 12(e)**

**NOW INTO COURT**, through undersigned counsel, comes **SnoWizard, Inc.**, who, pursuant to Fed. R. Civ. P. 12(b)(6), moves this Court for an order dismissing many of the allegations within the Amended Complaint filed by Plaintiffs in the above-captioned matter for the reasons set forth in the accompanying memorandum.

Furthermore, **SnoWizard, Inc.**, hereby moves this Court for an order striking the Amended Complaint and requiring Plaintiffs to amend the complaint to provide a more definite statement pursuant to Fed. R. Civ. P 129e) for the reasons set forth in the accompanying memorandum.

        Respectfully submitted,

        /s/ jack e. morris
        **JACK E. MORRIS** (Bar No. 22539) (T.A.)
        ATTORNEY AT LAW
        4051 VETERANS BOULEVARD
        SUITE 208
        METAIRIE, LOUISIANA 70002
        TELEPHONE: (504) 454-2769
        FACSIMILE: (504) 454-3855
        EMAIL: jem@jemorrislaw.com

        - and -

        /s/ kenneth l. tolar
        **KENNETH L. TOLAR** (Bar #22641)
        Attorney for Defendant, SnoWizard, Inc.
        2908 Hessmer Avenue
        Suite 2
        Metairie, Louisiana 70002
        Phone:  (504) 780-9891
        Facsimile (504) 780-7741
        **email:***tolar@cavtel.net*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 24 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

        /s/ kenneth l. tolar
        **Kenneth L. Tolar**