UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SOUTHERN SNOW MANUFACTURING                CIVIL ACTION
CO., ET AL.


VERSUS                                     NO: 06-9170 c/w
                                           093394 & 10-791


SNOWIZARD HOLDINGS, INC., ET               SECTION: "A" (1)
AL.


**MINUTE ENTRY (JS-10: 30)**  **(Ref:  All cases)**


On Thursday, August 26, 2010, the Court held a status
conference with the following counsel in attendance: Mark Andrews
for Plaintiffs; Kenneth L. Tolar, Brad Harrigan, and Simeon
Reimonenq for the SnoWizard Defendants; Doug Kleeman for Hanover
Insurance.  The Court set the conference at the request of
counsel for the SnoWizard Defendants to revisit the Court's June
29, 2010, scheduling order.

The parties were heard on the pending Motion to Quash (Rec.
Doc. 163) filed by Plaintiffs.  The Court ordered that Professor
Lunney will produce his supporting documents no later than
**fifteen days** in advance of his deposition.  The Court granted
Defendants an extension of time until **September 10, 2010**, to
answer the complaint filed in Civil Action 10-791.

The Court set the following deadlines and trial date.

1

Accordingly;

**IT IS ORDERED** that the two day jury trial currently set for **Monday, March 21, 2011, at 8:30 a.m.**, is **CONTINUED** to **Monday, July 18, 2011, at 8:30 a.m.**

**IT IS FURTHER ORDERED** that the pre-trial conference currently set for **March 3, 2011, at 10:30 a.m.** is **RESET** to **Wednesday, July 6, 2011, at 2:00 p.m.**  Counsel shall prepare in accordance with the previously-issued pre-trial notice;

**IT IS FURTHER ORDERED** that Plaintiffs shall file their may-call witness list and produce their expert reports by **October 15, 2010**.  Plaintiffs' experts shall be deposed by **October 29, 2010**;

**IT IS FURTHER ORDERED** that Defendants shall filed their may-call witness list and produce their expert reports by **November 30, 2010**.  Defendants' experts shall be deposed no later than **December 31, 2010**;

**IT IS FURTHER ORDERED** that all discovery shall be concluded by **December 31, 2010**;

**IT IS FURTHER ORDERED** that Plaintiffs and Defendants shall timely file their dispositive motions under the Local Rules so as to permit hearing by the Court no later than **March 30, 2011**;

**IT IS FURTHER ORDERED** that the **Motion to Quash (Rec. Doc. 163)** filed by Plaintiffs is **DENIED** as moot;

**IT IS FURTHER ORDERED** that Defendants are **GRANTED** an

extension of time until **<u>September 10, 2010</u>**, to answer the

complaint filed in Civil Action 10-791.

* * * * * *