UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SOUTHERN SNOW MFG. CO., INC.<br>v.<br>SNOWIZARD, INC.<br>————————————<br>PARASOL FLAVORS, LLC, &<br>SOUTHERN SNOW MFG. CO., INC.<br>v.<br>SNOWIZARD, INC.<br>————————————<br>SOUTHERN SNOW MFG. CO., INC.<br>& SIMEON, INC.<br>v.<br>SNOWIZARD, INC. | CIVIL ACTION<br><br>CASE NO.   06-9170<br>   c/w       09-3394<br>            10-0791<br><br>SEC. A, JUDGE JAY C. ZAINEY<br><br>MAG. 1, MAG. JUDGE SALLY SHUSHAN<br><br>JURY DEMANDED |

## ORDER

Considering Plaintiffs' Motion for Leave to File a Third Amended Complaint in Case No. 09-3394, filed 26 August 2010, as contemplated in this Court's Order of 17 August 2010 (Rec.Doc.161), and the applicable facts and law;

IT IS HEREBY ORDERED that leave is GRANTED for filing of Plaintiffs' Third Amended Complaint in Case No. 09-3394.

New Orleans, Louisiana, this day _____8/27/10_____.

_____
United States District Judge