UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SOUTHERN SNOW MFG. CO., INC.**<br>       v.<br>**SNOWIZARD, INC.**<br>─────────────────<br>**PARASOL FLAVORS, LLC, &**<br>**SOUTHERN SNOW MFG. CO., INC.**<br>       v.<br>**SNOWIZARD, INC.**<br>─────────────────<br>**SOUTHERN SNOW MFG. CO., INC.**<br>**& SIMEON, INC.**<br>       v.<br>**SNOWIZARD, INC.** | CIVIL ACTION<br><br>CASE NO.   06-9170<br>     c/w       09-3394<br>                  10-0791<br><br>SEC. A, JUDGE JAY C. ZAINEY<br><br>MAG. 1, MAG. JUDGE SALLY SHUSHAN<br><br>JURY DEMANDED |

## PLAINTIFFS' STATUS REPORT

Plaintiffs Southern Snow Mfg. Co., Inc., Parasol Flavors, LLC, and Simeon, Inc., make this Status Report associated with their 15 October 2010 re-set deadline for a witness list and expert report as ordered by this Court (Rec.Doc.165).

There is no change to Plaintiffs' Witness List filed 30 July 2010 (Rec.Doc.153).

There is no change to Plaintiffs' Expert's Report served 30 July 2010, because no requested discovery whatsoever was received from Defendant, and supplementation is therefore neither needed nor possible. Plaintiffs' Expert, Professor Glynn Lunney, is set to be deposed on 26 October 2010 at 1:00pm.

Plaintiffs have prepared a 2-page summary representation of the present status of their main claims in these 3 consolidated actions, attached here.

**Certificate of Service**
I certify that this document is electronically filed and is therefore served on all counsel via the CM/ECF system, this 14 October 2010.
*/s/ Mark Andrews/*

RESPECTFULLY SUBMITTED:
Attorney for Plaintiffs
*/s/ Mark Andrews/*
─────────────────────
Mark Edw. Andrews, La. Bar No. 26172
Andrews Arts & Sciences Law, LLC
7104 Coliseum St., New Orleans, LA  70118
504-383-3632
mea@mealaw.com